# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**


**NO. 02-12-00151-CR**
**NO. 02-12-00152-CR**
**NO. 02-12-00153-CR**

GERALD BLACE WEST                                                           APPELLANT

V.

THE STATE OF TEXAS                                                                STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On March 21, 2012, as part of a plea-bargain agreement, Appellant Gerald Blace West pled guilty to three charges of aggravated assault with a deadly weapon in exchange for three years' confinement in each case. The trial court certified these proceedings as plea bargain cases, and that Appellant has no right to appeal. On April 11, 2012, Appellant filed pro se notices of appeal. On

----

[1]*See* Tex. R. App. P. 47.4.

April 25, 2012, we notified Appellant that the trial court's certifications indicating that he had no right to appeal had been filed in this court. We further notified Appellant that these appeals could be dismissed unless he—or any party desiring to continue the appeals—filed a response showing grounds for continuing the appeals on or before May 7, 2012. *See* Tex. R. App. P. 25.2(d), 44.3. Appellant timely filed a response; however, upon review of his response, we have determined that it shows no grounds for continuing the appeals.

Rule 25.2(a)(2) limits the right of appeal in a plea bargain case to matters that were raised by written motion filed and ruled on before trial or to cases in which the appellant obtained the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2). In these cases, the trial court's certifications state that Appellant has no right to appeal. Accordingly, we dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f). Because we have dismissed these appeals, all pending motions pertaining to each are dismissed as moot.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 14, 2012